UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH GUILLEBEAU,

        Plaintiff,                          No. C 07-4284 PJH (PR)

  vs.                                     **JUDGMENT**

Judge BAMATTRE-MANOUKIAN,
Judge J. MIHARA, Judge J. McADAMS,
and Chief Judge GEORGE,

        Defendants.
_____/

     Pursuant to the order of signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

     **IT IS SO ORDERED.**

Dated: October 2, 2007.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\CR.07\GUILLEBEAU4284.JUD.wpd