UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH GUILLEBEAU,

        Plaintiff,

  v.

JUDGE BAMATTRE-MANOUKIAN, et al,

        Defendants.

Case Number: CV07-04284 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Guillebeau V-82316
Soledad State Prison
CTF-South
P.O. Box 690
Dorm 7, 28L
Soledad, CA 93960

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk